# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAUREN SCHWARTZ, M.D.,**
Appellant,

v.

**ST. MARY'S MEDICAL CENTER, INC.,** a Florida corporation,
Appellee.

No. 4D22-75

[August 4, 2022]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502020CA009262.

Richard H. Levenstein and Abby M. Spears of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellant.

Martin B. Goldberg, David R. Ruffner, and Jonathan E. Siegelaub of Lash & Goldberg LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***